UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARTIN JAMES DAVID,

                Plaintiff,

    -against-

IMMIGRATION DEPARTMENT;
IMMIGRATION CUSTON EMFORCEMENT
- ICE,

                Defendants.

23-CV-9503 (LTS)

ORDER TO UPDATE ADDRESS

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated November 28, 2023, the Court granted Plaintiff's application to proceed *in forma pauperis* ("IFP"). By order dated January 2, 2024, the Court directed Plaintiff to file an amended complaint. Both of those orders were mailed to Plaintiff's address of record at 64 Sunken Garden Loop, Randalls Island, New York 10035. On January 23, 2024, the Court's order granting Plaintiff's IFP application was returned to the court as undeliverable.

      As set forth below, Plaintiff is directed to provide an updated address to the Court within 30 days of the date of this order.

## DISCUSSION

      Under Rule 41(b) of the Federal Rules of Civil Procedure, a district court may dismiss an action *sua sponte* for failure to prosecute, as long as the court notifies the plaintiff. *LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001). A court may dismiss an action under Fed. R. Civ. P. 41(b), if the plaintiff fails to notify the court of a new address and the court is unable to contact the plaintiff. *See, e.g.*, *Abdallah v. Ragner*, No. 12-CV-8840 (JPO), 2013 WL 7118083, at *4 (S.D.N.Y. Nov. 22, 2013) ("A plaintiff is required to notify the Court when his address changes, and failure to do so is sufficient to justify dismissal of a plaintiff's

complaint. . . . If [the plaintiff] does not contact the Court and update his address within the time allowed, this action will be dismissed for failure to prosecute." (citing *Fields v. Beem*, No. 13-CV-0005, 2013 WL 3872834, at *2 (N.D.N.Y. July 24, 2013) (collecting cases))).

The Court hereby notifies Plaintiff that he must update the Court with his new address within 30 days of the date of this order. If Plaintiff does not comply with this order within the time allowed, the Court will dismiss this action, under Rule 41(b) of the Federal Rules of Civil Procedure, without prejudice to Plaintiff's refiling it.

## CONCLUSION

Within 30 days of the date of this order, Plaintiff must update the Court, in writing, with his new address. Failure to do so will result in dismissal of the action without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   January 31, 2024
             New York, New York

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          Chief United States District Judge